**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**


FIDELITY NATIONAL PROPERTY AND
CASUALTY INSURANCE COMPANY,

      Plaintiff,

v.                              CASE NO.:   3:07cv278/MCR/EMT

BOARDWALK CONDOMINIUM
ASSOCIATION, INC., et al.,

      Defendants.

and

BOARDWALK CONDOMINIUM
ASSOCIATION, INC.,

      Counter-Plaintiff/Third-party Plaintiff,

vs.

FIDELITY NATIONAL PROPERTY AND
CASUALTY INSURANCE COMPANY,

      Counter-Defendant

and

PEOPLES FIRST INSURANCE INC.,
CONTINENTAL CASUALTY COMPANY,
and UNITED STATES LIABILITY
INSURANCE COMPANY, GAMBRELL
AND STURGES, L.L.C., and
PHIL GAMBRELL, individually,

      Third-party Defendants.
_____/

## FINAL SCHEDULING AND TRIAL ORDER

By previous order of the court, all proceedings in this case were stayed pending resolution of the third-party declaratory judgment action brought by Boardwalk Condominium Association, Inc.  The parties have submitted their joint scheduling report. This scheduling order applies to the third-party claim only.  Upon consideration,

IT IS ORDERED:

1.      Trial is hereby set for the two-week trial period commencing on Monday, **May 16, 2010**.  Any party with a conflict during that trial period may file a notice to that effect within 14 days of the date of this order, and such notice will be given such consideration as may be appropriate.

2.      The joint scheduling report (doc. 113) will control the matters set forth therein. The discovery deadline is extended to **August 14, 2009**.  With respect to matters not addressed in the parties' joint report, the Initial Scheduling Order remains in effect.

3.      The deadline for filing potentially dispositive motions is **September 11, 2009**. The filing of potentially dispositive motions need not, however, await the deadline for such motions.  Potentially dispositive motions should be filed at the earliest appropriate time. It is rarely necessary that such motions await the completion of all discovery.

4.      In circumstances when the Federal Rules of Civil Procedure would require leave of court for adding parties or amending pleadings, parties may be added or pleadings amended only with leave of court.  Pursuant to the parties' proposal, the deadline to join additional parties and to amend pleadings shall be **March 27, 2009**.

5.      Even if supplemented prior to the deadline established by the joint scheduling report, disclosures under Federal Rule of Civil Procedure 26 shall in any event be supplemented within a reasonable time after learning information calling for supplementation and in time to ensure the opposing party is not prejudiced by any failure to supplement immediately after the information was or with diligence should have been

discovered.  Disclosures of retained expert witnesses and their written reports under Rule 26(a)(2) are due from Third-party Plaintiff on or before **June 15, 2009**, and from Third-party Defendants on or before **July 15, 2009**.

6.     The deadlines established by this order for disclosures under Federal Rule of Civil Procedure 26(a)(2) abrogate the deadlines set forth in Rule 26(a)(2)(C) and thus apply regardless of whether proposed testimony is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B). Leave of court must be sought, for good cause, prior to addition of testimony for which timely disclosures were not made, even if the testimony is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B).

7.     By separate Order for Pretrial Conference to be issued later, a deadline will be set for an attorney conference leading to the filing of a pretrial stipulation and related papers.  The deadline for the attorney conference (as established by the Order for Pretrial Conference) also will be the deadline for disclosures under Federal Rule of Civil Procedure 26(a)(3).  The deadline for objections under Federal Rule of Civil Procedure 26(a)(3) is five days thereafter.

8.     Any motion in limine or other pretrial motion shall be served sufficiently in advance of the pretrial conference to allow consideration of the motion at or prior to the pretrial conference.

SO ORDERED this 30th day of January, 2009.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**