# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

FIDELITY NATIONAL PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.                                         Case No. 3:07cv278/MCR/EMT

BOARDWALK CONDOMINIUM
ASSOCIATION, INC., et al.

    Defendants.
_____

BOARDWALK CONDOMINIUM
ASSOCIATION, INC.

    Third-Party Plaintiff,

v.

PEOPLES FIRST INSURANCE, INC.,
UNITED STATES LIABILITY INSURANCE
COMPANY, CONTINENTAL CASUALTY
COMPANY, GAMBRELL AND STURGES,
LLC, and PHIL GAMBRELL,

    Third-Party Defendants.
_____/

## O R D E R

       This matter is presently scheduled on the court's trial docket commencing May 17, 2010. The court notes that three (3) separate motions for summary judgment are pending in this matter. Due to conflicting matters on the court's calendar and the pending dispositive motions, the trial in this case will be continued from the current docket date to the two-week trial docket commencing July 19, 2010. Any party with a conflict during that

trial period may file a notice to that effect within 14 days of the date of this order, and such notice will be given such consideration as may be appropriate.

Accordingly, it is ORDERED that the trial in this case is hereby continued to July 19, 2010.

**DONE and ORDERED** on this 9th day of April, 2010.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**