**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

FIDELITY NATIONAL PROPERTY AND
CASUALTY INSURANCE COMPANY,

      Plaintiff,

v.                             Case No. 3:07cv278/MCR/EMT

BOARDWALK CONDOMINIUM
ASSOCIATION, INC., et al.

      Defendants.

_____/

**O R D E R**

      Pursuant to the court's order on summary judgment in the third-party declaratory judgment portion of this action, the previously entered stay of the initial action is now lifted. In order to determine the status of discovery on the initial claim and establish a trial date, as well as discovery and other pretrial deadlines, the court will conduct a Rule 16 conference on **Wednesday, May 26, 2010, at 11:00 AM (CDT)**, at the United States District Court, 1 North Palafox Street, Courtroom 4 North, Pensacola, Florida. The time allotted is one hour. Any counsel having a conflict with this time or who wishes to appear by telephone should promptly advise the court.

      **DONE and ORDERED** on this 13th day of May, 2010.

                  s/ *M. Casey Rodgers*

                  **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**